IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA						PLAINTIFF

VS.		NO. 6:05m6010-001
		(Northern District of Texas Case #6:05-CR-058-C (003) )

JOEL JEROME GRUMBLES						DEFENDANT

## ORDER OF REMOVAL

The above named defendant, after being arrested in this district on a warrant from the Northern District of Texas, on <u>an indictment in Violation of U.S.C. Title 21 Sections 846, 841(a)(1) & 841(b)(1)(A)(viii) and, Title 21 Sections 841(c) & Title 18 Section 924(c)(1)</u> , and after being identified as the person named in the warrant, was remanded to the custody of the United States Marshal pending removal to the Northern District of ~~Illinois~~ Texas.

The United States Marshal for the Western District of Arkansas is hereby commanded to remove the above-named defendant to the Northern District of Texas and deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

IT IS SO ORDERED this 28th day of November 2005.

_____
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

U.S. ...
WESTERN ... ARKANSAS

NOV 28 2005

CHRIS R. JOHNSON, CLERK
BY /s/
DEPUTY CLERK

AO72A
(Rev. 8/82)